## Sigel's Estate (No. 2).

Argued May 2, 1905. Appeal, No. 78, Jan. T., 1905, by Albert Sigel et al., from decree of O. C. Warren Co., Sept. T., 1904, No. 19, distributing estate of Charles Sigel, deceased. Before MITCHELL, C. J., DEAN, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

*W. E. Rice*, with him *W. D. Hinckley* and *J. H. Alexander*, for appellant.

*T. A. Lamb* and *Frank Gunnison*, for appellee.

OPINION BY MR. JUSTICE POTTER, October 9, 1905 :

We have just filed an opinion at No. 68, January Term, 1905, in the appeal by William Schudt, ante, p. 14, from the same decree, which disposes of the controlling questions raised by these appellants. Their further discussion is unnecessary. The assignments of error are overruled, and this appeal is dismissed at the cost of the appellants.